UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO BELLO MORALES,

       Petitioner,

v.                                        Case No. 2:26-cv-235-JES-DNF

MIAMI KROME IMMIGRATION COURT,
et al.,

       Respondents.

_____

**ORDER**

On February 26, 2026, the Court ordered Respondent to either provide Morales with the statutory process required under 8 U.S.C. § 1226(a) (a bond hearing) or to release him from custody within ten days.  (Doc. 6.)  On March 12, 2026, Morales filed a Motion to Enforce Judgment and for Further Relief (Doc. 9) to enforce the Opinion and Order because the bond hearing was conducted without notice to counsel or counsel's participation.

Accordingly, it is now

**ORDERED:**

Respondent shall file a response to the Motion to Enforce Judgment and for Further Relief (Doc. 9) **on or before March 16, 2026, by noon.**

**DONE AND ORDERED** in Fort Myers, Florida on March 13, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE