UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO BELLO MORALES,

        Petitioner,

v.                                  Case No. 2:26-cv-235-JES-DNF

MIAMI KROME IMMIGRATION COURT, et
al.,

        Respondents.
_____

## ORDER

On February 26, 2026, the Court ordered Respondent to either provide Morales with the statutory process required under 8 U.S.C. § 1226(a) (a bond hearing) or to release him from custody within ten days. (Doc. 6.) On March 12, 2026, Morales filed a Motion to Enforce Judgment and for Further Relief (Doc. 9) to enforce the Opinion and Order because the bond hearing was conducted without notice to counsel or counsel's participation. The Court directed respondents to file an expedited response by noon. (Doc. 10).

By Declaration (Doc. 9-2), counsel for petitioner stated that he received no notice, by telephone, email, written correspondence, or through the Executive Office for Immigration

Review electronic case management system that a bond hearing had been scheduled. No hearing date was docketed or otherwise communicated to counsel of record. On March 5, 2026, counsel received a telephone call from Broward Transitional Center, but the call was disconnected without a verbal response to "hello." Counsel returned the call and was informed that he should log onto Immigration Judge Stuart A. Siegel's WebEx virtual courtroom. Counsel logged in but was never admitted to the courtroom. Counsel later learned that a bond hearing was conducted, and his client was denied bond.

The government filed a Response to Motion to Enforce Judgment (Doc. 11) stating that the Court should grant the motion for a new bond hearing. The federal respondents state that they cannot oppose a new bond hearing as counsel has no information as to why a notice of the bond hearing did not issue. The motion will be granted to the extent that respondents do not oppose a new bond hearing.

Accordingly, it is now

**ORDERED**:

The Motion to Enforce Judgment and for Further Relief (Doc. 9) is **GRANTED IN PART**. A new bond hearing shall be conducted with

2

counsel present within **TEN (10) DAYS** of this Order.   The remaining relief is denied.

    **DONE AND ORDERED** in Fort Myers, Florida on March 16, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

3